UNITED STATES DISTRICT COURT\
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT C. BERTHELOT AND | * | CIVIL ACTION |
| MARINA MOTEL INC. | * | |
| | * | NO. 06-9627 |
| VERSUS | * | |
| | * | SECTION " I " |
| JAMES RIVER INSURANCE CO., | * | |
| POWELL INSURANCE AGENCIES, | * | MAG. 5 |
| INC. AND ABC INSURANCE | * | |
| COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * *

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -7 PM 12: 55
LORETTA G. WHYTE
CLERK

## AMENDED NOTICE OF REMOVAL

Powell Insurance Agency, Inc. files this Amended Notice of Removal in supplementation of its original Notice of Removal of this cause from the 34th Judicial District Court, Parish of St. Bernard, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. This removal is predicated upon the fact that there is diversity of citizenship between the parties in this litigation and the amount in controversy exceeds the federal jurisdictional amount, exclusive of interest and costs.

1. This case was commenced in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, with citation and plaintiffs' petition for damages setting forth the claim for relief upon which this action is based. Pursuant to 28 U.S.C. 1446(a), copies of all process, pleadings and all orders of the court in the state action are attached hereto.

2. This action is one of a civil nature for alleged property damage.

3. Upon information and belief, plaintiff is a citizen of the State of Louisiana.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

4. Powell Insurance Agency, Inc. is and was at the time of filing of plaintiff's petition, a domestic corporation, with its principal place of business in Jefferson Parish, State of Louisiana.

5. Powell Insurance Agency, Inc. pleads fraudulent joinder as the alleged claims are time barred pursuant to La. R.S. 9:5606.

6. The above described action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. 1332, in that plaintiff's petition indicate that damages will exceed the federal jurisdictional amount exclusive of interest and cost and the controversy is wholly between citizens of different states. Therefore, pursuant to the provisions of 28 U.S.C. 1441, this case may be removed to the United States District Court for the Eastern District of Louisiana.

7. Defendants, Powell Insurance Agency, Inc. further avers that plaintiff has failed to indicate or stipulate that his damages are less than the jurisdictional minimum of this court and thus under the holding of <u>De Aguilar v. Boeing Co.</u>, 11 F.3d 55 (5th Cir. 1993), jurisdiction has properly vested in this court.

8. Plaintiff has not pled that the amount in controversy is less than that required for federal jurisdiction, as required under Article 893, Louisiana Code of Civil Procedure, and this matter is removable on that ground.

9. James River Insurance Company is and was at the time of the filing of Plaintiffs' petition, a foreign corporation, domiciled in the State of Delaware, with its principal place of business in the State of Connecticut. James River Insurance Company consents to this removal.

                                        **Respectfully submitted:**

                                        **UNGARINO & ECKERT, LLC**

                                        _/s/ Matthew J. Ungarino_

                                        MATTHEW J. UNGARINO #15061
                                        *WILLIAM H. ECKERT #18591-T.A.*
                                        Suite 1280 Lakeway Two
                                        3850 North Causeway Boulevard
                                        Metairie, Louisiana  70002
                                        **Telephone:**   *(504) 836-7556*
                                        **Fax:**           **(504) 836-7566**
                                        E-mail:  beckert@ungarino-eckert.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on November 7, 2006.

                                        _/s/ Matthew J. Ungarino_
                                        MATTHEW J. UNGARINO