## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT C. BERTHELOT AND** | * | **CIVIL ACTION** |
| **MARINA MOTEL INC.** | * | |
| | * | **NO. 06-9627** |
| **VERSUS** | * | |
| | * | **SECTION "I"** |
| **JAMES RIVER INSURANCE CO.,** | * | |
| **POWELL INSURANCE AGENCIES,** | * | **MAG. (5)** |
| **INC. AND ABC INSURANCE** | * | |
| **COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST TO HAVE ATTORNEY REMOVED FROM ELECTRONIC NOTIFICATION

Stephen M. Gelé, of Ungarino & Eckert, LLC, requests that this Honorable Court remove Matthew J. Ungarino from electronic notification as he is no longer counsel for the defendant, Powell Insurance Agency, Inc.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

  /s/ Stephen M. Gelé                .
**STEPHEN M. GELÉ** *(#22385)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7537*
**Fax:** *(504) 836-7538*
E-mail:  sgele@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

  */s/ Stephen M. Gelé*           .
       STEPHEN M. GELÉ

G:\DOCS\10000's\10000-10099\10016\ReqRemoveElectronicNotice.UandE.am.doc